UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVEK 2024,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | No. 1:23-cv-02761-RDM |

**JOINT STATUS REPORT**

Plaintiff VIVEK 2024 and Defendant Department of Justice ("DOJ"), by and through their undersigned counsel, respectfully submit the following joint status report pursuant to the Court's October 23, 2023 Order:

1. Plaintiff filed this Freedom of Information Act ("FOIA") lawsuit on September 20, 2023, concerning its FOIA request submitted to DOJ on August 2, 2023 (the "Request").

2. DOJ answered the Complaint on October 23, 2023, and that same day, the Court ordered the parties to file a joint status report on or before November 9, 2023, and set an Initial Scheduling Conference for November 16, 2023.

3. Pursuant to the Court's October 23, 2023 Order, the parties conferred, and DOJ represented to Plaintiff that its search of records is still ongoing.  The parties are continuing to negotiate the scope of the Request—including whether it would be appropriate to consolidate this case with an earlier-filed FOIA lawsuit between the same parties and pertaining to similar issues. *See Vivek 2024 v. DOJ*, No. 1:23-cv-02228-ACR (D.D.C.).

4. In light of these ongoing negotiations, the parties respectfully request that they be permitted to file a joint status report on or before December 12, 2023, and that the Court adjourn the Initial Scheduling Conference set for November 16, 2023, until further notice.

Dated: November 9, 2023

/s/ Phillip Gordon
Phillip Michael Gordon
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Tel.: (540) 341-8808
E-mail: pgordon@holtzmanvogel.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Sarah M. Suwanda
SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendant*